71 So.2d 124

**LIFE & CASUALTY INS. CO. of Tenn.**

v.

**Cotha G. KING.**

6 Div. 695.

Supreme Court of Alabama.

March 18, 1954.

deGraffenried & deGraffenried, Tuscaloosa, for petitioner.

Jones, McEachin & Ormond, Tuscaloosa, opposed.

LAWSON, Justice.

Petition of Cotha G. King for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Life & Casualty Ins. Co. of Tennessee v. King, 71 So.2d 121.

Writ denied.

STAKELY, GOODWYN and MERRILL, JJ., concur.

71 So.2d 101

**Marshall MALONE v. STATE.**

6 Div. 699.

Supreme Court of Alabama.

March 18, 1954.

E. D. McDuffie, Tuscaloosa, for petitioner.

Si Garrett, Atty. Gen., Robt. Straub, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Marshall Malone for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Malone v. State, 71 So.2d 99.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.

71 So.2d 107

**Roosevelt PICKETT v. STATE.**

5 Div. 587.

Supreme Court of Alabama.

March 11, 1954.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for the petition.

Walker & Walker, Opelika, opposed.

GOODWYN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Pickett v. State, 71 So.2d 102, wherein a judgment of conviction of murder in the second degree was reversed.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.